**Fill in this information to identify the case:**

Debtor name <u>Crosier Fathers and Brothers Province, Inc.</u>
United States Bankruptcy Court for the: _____ District of <u>Minnesota</u>
(State)
Case number (If known): <u>17-41681</u>

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **This list includes the category of tort claimants who have filed lawsuits against the debtor which are currently contingent, unliquidated and disputed. Those names are confidential and will appear on the Confidential MML. This list does not include co-defendants in the lawsuits who have filed cross-claims or third party claims against the debtor arising out of the sex abuse lawsuits. Those cross-claims and third party claims are disputed, contingent and unliquidated.** | | | | | | |
| 2 | **Carrie Powell**<br>1914 E. Meadowbrook Ave.<br>Phoenix, AZ 85016 | | Employee Benefits Claim | | | | $17,618.05 |
| 3 | **Denise Rancour**<br>7282 399th St<br>Wahkon, MN 56386 | | Employee Benefits Claim | | | | $10,536.41 |
| 4 | **Aimee Anderson**<br>555 Hennepin Ave.#102<br>Isle, MN 56342 | | Employee Benefits Claim | | | | $6,053.61 |
| 5 | **Patricia Reccio**<br>2302 W. Port Royale Ln<br>Phoenix, AZ 85023 | | Employee Benefits Claim | | | | $2,966.40 |
| 6 | **Tort Claimants**<br>**Addresses unknown** | | Claims for sexual abuse | | | | Unliquidated, disputed and contingent at this time |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   Crosier Fathers and Brothers Province, Inc.   Case number *(if known)* 17-41681
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  Crosier Fathers and Brothers Province, Inc.

United States Bankruptcy Court for the: _____ District of Minnesota
(State)

Case number (If known): 17-41681

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/02/2017        X  _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  Thomas Enneking, osc
                                  Printed name

                                  President
                                  Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors