**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 11 |
| CROSIER FATHERS AND BROTHERS PROVINCE, INC., a Minnesota non-profit Corporation, | Case No. 17-41681 |
| Debtor. | |
| In re: | |
| CROSIER FATHERS OF ONAMIA, a Minnesota non-profit corporation, | Case No. 17-41682 |
| Debtor. | |
| In re: | |
| THE CROSIER COMMUNITY OF PHOENIX, an Arizona non-profit corporation, | Case No. 17-41683 |
| Debtor. | |

**NOTICE OF COUNSEL / NOTICE OF APPEARANCE**

**REQUEST FOR NOTICE**

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in these cases as counsel for Tort Claimant Joseph P. Cunningham.

Dated: March 21, 2018         /s/ Patrick W. Ledray

Patrick W. Ledray,
Minn. Bar No. 61645

Attorney for Claimant Joseph P. Cunningham

10740 Zieglers Drive

Brooklyn Park, MN 55443

Telephone: 612-991-0564

Email: Ledraylaw@aol.com